# UNPUBLISHED

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 21-2362

MICHAEL ANTRANTRINO LEE,

   Plaintiff - Appellant,

  v.

D. BISHOFF, Lieutenant; B. GAINER, Correctional Officer; CAPTAIN YEAGER;
LT. YARBER, LIEUTENANT (acting SIA at time),

   Defendants - Appellees,

  and

MERRICK GARLAND, United States Attorney General,

   Defendant.

Appeal from the United States District Court for the Northern District of West Virginia, at
Wheeling.  John Preston Bailey, District Judge.  (5:21-cv-00054-JPB-JPM)

Submitted:  February 17, 2022        Decided:  February 22, 2022

Before AGEE and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Michael Antrantrino Lee, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Antrantrino Lee seeks to appeal the district court's order issued in his pending civil action denying his motion to appoint counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-47 (1949). The order Lee seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Lee's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*